In the Matter of the Application of the BOARD OF TRANS-PORTATION OF THE CITY OF NEW YORK to Acquire Interests in Real Property at the Corner of Fulton and Jay Streets in the Borough of Brooklyn.

WILLIAM A. RUSSO, Appellant; THE CITY OF NEW YORK, Respondent.

(Argued May 18, 1936; decided June 2, 1936.)

*Bertram Boardman* for appellant.

*Paul Windels*, Corporation Counsel (*Paxton Blair* and *Alexander S. Aleinikoff* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.